IN THE MATTER OF THE ADOPTION OF
THREE CHILDREN BY R. F. D.

November 6, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. JOHN LOWERY.

November 21, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. JEROME WAKEFIELD.

November 21, 1978.  Petition for certification denied.

MAUREEN CONSIDINE v. T. EDWARD HOLLANDER.

November 21, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE RABB.

November 27, 1978.  Petition for certification denied.

MYRON W. KRONISCH v.
THE HOWARD SAVINGS INSTITUTION.

November 27, 1978.  Petition for certification denied.